## Bertha S. Stromberg et al. v. Harold R. Blomstrand et al.
## In re Petition of William C. Liddell, Liquidating Receiver, Appellee, v. Oscar Turner, Appellant.

Gen. No. 42,930.

O'CONNOR, P. J., dissents.

opinion filed May 1, 1944; rehearing denied May 15, 1944. Turner, Kaplan & Turner, for appellant; Ode L. Rankin, of counsel; Sarsfield Collins, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.